**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:98-cr-00038-1 |
| ) | Judge Nixon |
| ) | |
| **EBEN PAYNE** ) | |
| ) | |

### ORDER

The Court hereby **SCHEDULES** a status conference on this matter on **January 18, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this __7th__ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1