**PROB 12A**
**(REVISED 5/2011)**

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Thaxton</u>     Case Number: <u>3:98-00038-24</u>

Name of Judicial Officer: <u>The Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>November 23, 2009</u>

Original Offense: <u>18 U.S.C. § 1951, Hobbs Act Robbery and 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Schedule II Controlled Substance, to wit Cocaine and Cocaine Base</u>

Original Sentence: <u>Imprisonment until February 26, 2010, followed by 10 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>January 2, 2012</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>     Defense Attorney: <u>Mariah Wooten</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 8th day of May, 2013
2013, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place      Columbia, Tennessee

_____
John T. Nixon
Senior U. S. District Judge

Date       May 2, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **Shall not commit another federal, state, or local crime:**

    On February 22, 2013, in Davidson County, Tennessee, Mr. Thaxton was stopped by the Metropolitan Police Department, and was cited for driving on a suspended license (Citation Number SCE94091). According to the citation, Mr. Thaxton was stopped for no license plate by the Metropolitan Nashville Police Department (MNPD). He also had a temporary tag mounted improperly in his back window. His history was ran and it showed his license was suspended. Mr. Thaxton has a court date scheduled for May 8, 2013.

2. **Shall not commit another federal, state, or local crime:**

    On April 2, 2013, in Davidson County, Tennessee, Mr. Thaxton was arrested for failure to be booked on Citation Number SCE94091.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Thaxton's term of supervised release began on February 26, 2010, and was revoked on October 25, 2011. Mr. Thaxton has paid $277.00 towards his restitution balance of $111,969.98.

A 12A petition was submitted to the Court on August 23, 2012, notifying Your Honor that Mr. Thaxton had been charged with Domestic Assault. It was recommended no action be taken as Mr. Thaxton's fiancee denied that he hit her. Said petition was signed by Your Honor on August 28, 2012. This case was dismissed on October 23, 2012.

A second 12A petition was submitted to the Court on February 7, 2013, notifying Your Honor that Mr. Thaxton had been charged with Driving Under the Influence of Alcohol (DUI), and leaving the district without permission of the probation officer. Said petition was signed by Your Honor on February 12, 2013, ordering no action be taken, as recommended. This case was disposed of on March 11, 2013. Mr. Thaxton pled guilty to reckless driving and was sentenced to six months jail, suspended to six months supervised probation. He was also ordered to attend an alcohol safety course and pay a $250.00 fine.

Mr. Thaxton has been unemployed since January 16, 2013, when he was terminated from Tyson Foods. He lives with his fiancee, Christina Gomez, her children, and their infant child, in Nashville. His supervision is due to expire on February 25, 2020.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that the new violations be handled in Davidson County General Sessions Court. The state court will likely impose an appropriate sentence should Mr. Thaxton be adjudicated guilty of the charges.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer