IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:98-cr-00038-14 |
| v. | ) | No. 3:99-cr-00146 |
| | ) | Judge Nixon |
| LAMEISHA ANDERSON | ) | |

## ORDER

Pending before the Court are the Government's Motion to Set Sentencing Hearing (Case No. 3:98-cr-00038-14 Doc. No. 4014) and Motion to Set Sentencing Hearing and Consolidate Sentencing Hearing with Case 3:98-00038 (Case No. 3:98-cr-00146 Doc. No. 33) (collectively the "Motions"). The Court hereby **GRANTS** the Motions; the sentencing hearings for the two above-styled actions involving Defendant Lameisha Anderson shall be **CONSOLIDATED** and **SCHEDULED** for **April 16, 2014, at 10:00 a.m.**

It is so ORDERED.

Entered this 6th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1