IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:98-cr-00038-3 |
| v. ) | Judge Nixon |
| ) | |
| MILTON WILLIAMS ) | |

## ORDER

Pending before the Court are Defendant Milton Williams' Motion to Modify Conditions of Release ("Motion to Modify") (Doc. No. 3701), Sealed Ex Parte Motion ("Sealed Motion") (Doc. No. 3866), and the Government's Motion to Set Sentencing Hearing (Doc. No. 4014). Upon consideration, the Court **GRANTS** Defendant's Sealed Motion and **TERMINATES AS MOOT** Defendant's Motion to Modify. The Court **SCHEDULES** Mr. Williams' Sentencing Hearing for **April 14, 2014**, at **10 a.m.**

It is so ORDERED.

Entered this the 7th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT